**THOMPSON HINE**

ATLANTA   CLEVELAND   DAYTON   WASHINGTON, D.C.
CINCINNATI   COLUMBUS   NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/29/2019
```

July 29, 2019

*Via ECF*

The Honorable Denise L. Cote
United States District Judge
United States District Court for the Southern District of New York
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

**MEMO ENDORSED**

Re:   *Signify North America Corporation, et al. v. Delta Light (USA) LLC, et al.*
      **1:19-cv-02877-DLC (S.D.N.Y.)**

Dear Judge Cote:

We represent defendants Delta Light (USA) LLC and Delta Light N.V. (collectively, "Defendants") in the above-captioned action. We write respectfully to request permission for an attorney to appear telephonically at the initial pretrial conference scheduled for August 2, 2019.

Lead counsel Stephen J. Butler, who is based in Cincinnati, Ohio, requests permission to appear telephonically as a result of a health issue that affects his ability to travel to New York City at this time. Co-counsel for Defendants Arthur P. Licygiewicz will attend the conference in person.

Thank you for your consideration of this matter.

Respectfully submitted,

*/s/ Emily J. Mathieu*

Emily J. Mathieu

*Granted.*
*Denise Cote*
*July 29, 2019*

Emily.Mathieu@ThompsonHine.com   F: 212.344.6101   O: 212.908.3963                                   em 4834-5565-4045.1

THOMPSON HINE LLP          335 Madison Avenue            www.ThompsonHine.com
ATTORNEYS AT LAW           12th Floor                    O: 212.344.5680
                           New York, New York 10017-4611 F: 212.344.6101