# BOND SCHOENECK & KING

Avant Building - Suite 900 | 200 Delaware Avenue | Buffalo, NY 14202-2107 | **bsk.com**

<u>**VIA ECF**</u>

**JEREMY P. OCZEK**
jpoczek@bsk.com
P: 716.416.7037

September 6, 2019

Honorable Denise L. Cote
United States District Court for the Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street, Courtroom 18B
New York, NY 10007-1312

Re: <u>Signify North America Corporation *et al*. v. Delta Light (USA) LLC et al.,
Civil No. 1:19-cv-02877-DLC</u>

Dear Judge Cote:

In accordance with the Court's Pretrial Scheduling Order (Dkt. 30), we will be submitting today via ECF the parties' agreed-upon proposed orders regarding Electronically Stored Information ("ESI") and confidentiality.

Respectfully submitted,

*s/ Jeremy P. Oczek*
Jeremy P. Oczek

*Counsel for Plaintiffs Signify North America
Corporation and Signify Holding B.V.*

cc: Counsel of Record (via ECF)