IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SIGNIFY NORTH AMERICA CORPORATION and SIGNIFY HOLDING B.V.<br><br>Plaintiffs,<br><br>v.<br><br>DELTA LIGHT (USA) LLC and DELTA LIGHT N.V.<br><br>Defendants. | Civil Action No. 1:19-cv-02877-DLC |

## JOINT STIPULATION OF DISMISSAL

Plaintiffs Signify North America Corporation and Signify Holding B.V. (collectively "Plaintiffs") and Defendants Delta Light (USA) LLC and Delta Light N.V. (collectively "Defendants") have settled their respective claims in this case.

NOW, THEREFORE, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiffs and Defendants, through their attorneys of record, jointly file this Joint Stipulation of Dismissal, dismissing all claims in this case with prejudice, provided that for Licensor's claims only the timely and full receipt by Licensor of all of the installments specified in Clause 3.1 in the confidential Settlement and Patent License Agreement shall constitute said dismissal with prejudice of Licensor's claims. All attorneys' fees, costs, and expenses shall be borne by the party incurring same.

Dated: March 11, 2020

/s/ Jeremy P. Oczek
Jeremy P. Oczek (JO1975)
Sharon M. Porcellio (SP1020)
BOND, SCHOENECK & KING, PLLC
200 Delaware Avenue
Buffalo, New York 14202
Telephone: (716) 416-7000
Email: jpoczek@bsk.com
Email: sporcellio@bsk.com

George R. McGuire (GM0272)
Jonathan L. Gray (*pro hac vice*)
BOND, SCHOENECK & KING, PLLC
One Lincoln Center
Syracuse, New York 13202
Telephone: (315) 218-8500
Email: gmcguire@bsk.com
Email: jlgray@bsk.com

**COUNSEL FOR PLAINTIFFS**
*Signify North America Corporation and Signify Holding B.V.*

Respectfully submitted,

/s/ Arthur P. Licygiewicz (by permission)
Arthur P. Licygiewicz (*pro hac vice*)
THOMPSON HINE LLP
3900 Key Center
127 Public Square
Cleveland, OH 44114
Telephone: (216) 566-5500
Art.Licygiewicz@ThompsonHine.com

Stephen J. Butler (*pro hac vice*)
THOMPSON HINE LLP
312 Walnut Street
14th Floor
Cincinnati, Ohio 45202
Telephone: (513) 352-6700
Steve.Butler@ThompsonHine.com

Jeffrey C. Metzcar (*pro hac vice*)
THOMPSON HINE LLP
Discovery Place
10050 Innovation Drive
Suite 400
Dayton, Ohio 45342
Telephone: (937) 443-6600
Jeff.Metzcar@ThompsonHine.com

Emily J. Mathieu
THOMPSON HINE LLP
335 Madison Avenue
12th Floor
New York, New York 10017
Telephone: (212) 344-5680
Facsimile: (212) 344-6101
Emily.Mathieu@ThompsonHine.com

**COUNSEL FOR DEFENDANTS**
*Delta Light (USA) LLC and Delta Light N.V.*

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the CM/ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as nonregistered participants on March 11, 2020.

/s/ *Jeremy P. Oczek*
Jeremy P. Oczek (JO1975)
BOND, SCHOENECK & KING, PLLC
200 Delaware Avenue
Buffalo, New York 14202
Telephone: (716) 416-7000
Email: jpoczek@bsk.com

**Attorney for Plaintiffs**
*Signify North America Corporation and*
*Signify Holding B.V.*